**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DALE SPENCER,**

    **Petitioner,**

    **v.**                                   **CASE NO. 2:05-cv-1111
                                                JUDGE SMITH**

**EDWIN VOORHIES, JR., Warman,**         **MAGISTRATE JUDGE KEMP**

    **Respondent.**

**OPINION AND ORDER**

On September 6, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                                        /s/ George C. Smith
                                                                       GEORGE C. SMITH
                                                                  United States District Judge